681 A.2d 174

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Kevin Scott STAIR, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 28, 1996.

## *ORDER*

PER CURIAM:

AND NOW, this 28th day of August, 1996, the Petition for Allowance of Appeal is hereby GRANTED, but limited to the following issues:

1. What is the legal significance of the fact that the trooper acted outside the territory of the Commonwealth?

2. What, if any, remedy is appropriate for such actions?